William M. Burd - Bar No. 90801
**BURD & NAYLOR**
200 W. Santa Ana Blvd., Suite 400
Santa Ana, California 92701
Telephone   (714) 708-3900
Facsimile   (714) 708-3949
Email       wmburd@burd-naylor.com

Special Counsel for Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **In re:** | Dist. Ct. Case No. 8:15-cv-02164 BRO |
| **ARTHUR A. MENCHACA and CHRISTINE L. MENCHACA,** | **JUDGMENT** |
| Debtors. | <u>Hearing Date</u><br>[No Hearing Required] |
| **ARTHUR A. MENCHACA, CHRISTINE L. MENCHACA and RIORDAN J. ZAVALA,** | Hon. Judge Beverly Reid O'Connell |
| Appellants | |
| v. | |
| **KAREN SUE NAYLOR,** | |
| Appellee. | |

1

1  In accordance with the Court's Order re: Motion for Attorneys' Fees, docket
2  number 58, on the Motion for Attorneys' Fees and Doubles Costs filed by Appellee
3  Karen Sue Naylor it is hereby:

4  **ORDERED, ADJUDGED AND DECREED** that judgement be entered in
5  favor of Karen Sue Naylor and against Riordan J. Zavala in the amount of
6  $15,922.64.

7  IT IS SO ORDERED.

9  DATED: March 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

2